AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Mai Ly Tran Lam
dba US Gold Trading Corporation
dba LVM Jewelry
1351 Wisconsin Ave., N.W.
Washington, D.C. 20007

**SEARCH WARRANT**

CASE NUMBER:

07-665-M-01

TO: Sean C. Marshall, Special Agent, Criminal Investigation Division, Internal Revenue Service, Department of the Treasury     and any Authorized Officer of the United States

Affidavit(s) having been made before me by Sean C. Marshall, Special Agent, Criminal Investigation Division, Internal Revenue Service, Department of the Treasury   who has reason to believe that
US Gold Trading Corporation and LVM Jewelry, doing business in a multi-occupant business building located at 1351 Wisconsin Ave, NW Booth 25 & 26, Washington DC 20007, more fully described in the Affidavit in support of the Search Warrant.

(name, description and or location)

in the District of Columbia, there is now concealed a certain person or property, namely, see Attachement A, attached to the Affidavit in Support of Search Warrant (describe the person or property)

☐

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___Dec 29, 2007___
                                                                                    (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

___DEC 19 2007___                              at Washington, D.C.
Date and Time Issued
      JOHN M. FACCIOLA
      U.S. MAGISTRATE JUDGE                   ___[signature]___
Name and Title of Judicial Officer              Signature of Judicial Officer

**RETURN**

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT LEFT WITH |
|---|---|---|
| 19 Dec 2007 | 20 Dec / 8:30 AM | Linda Lam |

INVENTORY MADE IN THE PRESENCE OF

Jackie McClellend Special Agent
Linda Lam

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT
BE SURE TO PHOTOCOPY THE INVENTORY FORM ONTO THE BACK OF THIS FORM !!!!!!!!!

Attached

**CERTIFICATION**

**FILED**

**DEC 21 2007**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

_____     _____
U S Judge or Magistrate Judge           Date

# Inventory Listing of Warrant Items Seized at Search Warrant Site

**Site Name:**
Mai Ly Tran-Lam

U.S. Gold Trading Corporation
1351 Wisconsin Avenue, N.W.
Washington, D.C. 20007

**Investigation Number:**
1000205602

**Starting Date and Time:**
12/20/2007 10:30 AM

**Ending Date and Time:**
12/20/2007 01:30 PM

**Report Date:**
Thursday, December 20, 2007

---

**Control #:** 1
**Location:** Kiosk
**Found:** Front Safe
**Description:** Seized Per Warrant    Sales Receipts, Invoices
**Evidence Box:**
**Locator Code:**

---

**Control #:** 2
**Location:** Kiosk
**Found:** White Desk Behind Counter
**Description:** Seized Per Warrant    Fed Ex Shipping Paperwork
**Evidence Box:**
**Locator Code:**

---

**Control #:** 3
**Location:** Kiosk
**Found:** White Desk Behind Counter
**Description:** Seized Per Warrant    Fedex Shipping Paperwork
**Evidence Box:**
**Locator Code:**

---

**Control #:** 4
**Location:** Kiosk
**Found:** White Desk Behind Counter
**Description:** Seized Per Warrant    Fed Ex, Collection Notices
**Evidence Box:**
**Locator Code:**

---

**Control #:** 5
**Location:** Kiosk
**Found:** White Desk Behind Counter
**Description:** Seized Per Warrant    Receipts, names, numbers, amounts
**Evidence Box:**
**Locator Code:**

---

**Control #:** 6
**Location:** Kiosk
**Found:** Drawer Near Front Safe
**Description:** Seized Per Warrant    Receipts, Monetary Transactions
**Evidence Box:**
**Locator Code:**

| | | |
|---|---|---|
| **Control #:** | 7 | **Evidence Box:** |
| **Location:** | Kiosk | **Locator Code:** |
| **Found:** | White Desk Behind Counter | |
| **Description:** | Seized Per Warrant    Fed Ex, Invoices, Deposit Slips, Statements | |

| | | |
|---|---|---|
| **Control #:** | 8 | **Evidence Box:** |
| **Location:** | Kiosk | **Locator Code:** |
| **Found:** | Drawer Near Front Safe | |
| **Description:** | Seized Per Warrant    Deposit Slips, Receipts, Checks | |

| | | |
|---|---|---|
| **Control #:** | 9 | **Evidence Box:** |
| **Location:** | Kiosk | **Locator Code:** |
| **Found:** | Back Shelf Under Mirror | |
| **Description:** | Seized Per Warrant    Fed Ex Envelopes (transactions) | |

| | | |
|---|---|---|
| **Control #:** | 10 | **Evidence Box:** |
| **Location:** | | **Locator Code:** |
| **Found:** | | |
| **Description:** | Not Used | |